PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Luis Vazquez                                    Cr.: 29 CR-200-001
                                                                  PACTS Number: 51292

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 6/16/08

Original Offense: Credit card fraud

Original Sentence: Probation three yars, financial disclosure, no new debt, DNA testing, drug treatment and restitution in the amount of $45,397.03

Type of Supervision: Probation                          Date Supervision Commenced: 6/16/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

Mr. Vazquez was terminated from his job on August 18, 2009, after a background check uncovered his conviction. On September 11, 2009, the offender obtained new employment. Based on his finances and debt, Vazquez has agreed to pay at least $50 monthly towards the restitution balance, until satisfied.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 10/7/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Dennis M. Cavanaugh
U.S. District Judge

Signature of Judicial Officer